IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARDINAL BRANDS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-2370 CM/JPO |
| ) | |
| BEAUX-MERZON INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER OF DISMISSAL**

WHEREAS plaintiff has filed a complaint against defendant alleging federal trademark infringement, federal unfair competition, state common law trademark infringement and common law unfair competition;

WHEREAS defendant denies and disputes each of the claims set forth in the complaint;

The court, being advised that the parties have settled the controversy constituting the subject matter of this suit and as a part of said settlement have agreed to the entry of this Stipulation of Dismissal, consent of counsel being endorsed hereon;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This court has jurisdiction of the subject matter of this action and over the parties hereto. Venue is proper in this judicial district.

2. Plaintiff, Cardinal Brands, Inc. is the owner of the trademark ACCORDION for school supplies and office supply products and is also the owner of federal registration no. 1,030,041, dated January 13, 1976.

3. The trademark and registration identified in the preceding paragraph are valid and in good standing.

4. Defendant agrees to cease all use of the trademark ACCORDION in accordance with the terms of a settlement agreement between the parties.

5. The parties agree this Court shall retain jurisdiction over the parties for the purpose of enforcing the settlement agreement.

6. This action is dismissed and each party shall pay its own costs and attorneys fees.

IT IS SO ORDERED.

February 22, 2006                                   s/ Carlos Murguia
                                                    United States District Judge